UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. LUIS JAVIER CARLOS-MARIN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition and Motion Requesting Change of Plea Hearing was filed in the above matter on September 28, 2009.  The Motion Requesting Change of Plea Hearing is **GRANTED**.  A Change of Plea hearing is set for **Thursday, October 29, 2009, at 2:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  September 29, 2009