UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. LUIS JAVIER CARLOS-MARIN,

      Defendant.

---

# MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Change of Plea hearing is set for **Friday, November 6, 2009 at 1:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  October 29, 2009.

-1-