IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  09-cr-00100-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v

2.  LUIS JAVIER CARLOS-MARIN,

      Defendant,

## ORDER GRANTING DOWNWARD DEPARTURE

The Court having considered the motion by the United States of America to decrease the defendant's offense level from the low end of the defendant's applicable guideline range of 70 months to a sentence of 47 months, pursuant to United States Sentencing Guideline § 5k1.1 and 18 U.S.C. § 3553(e), it is hereby

ORDERED that Government's Amended Motion for Downward Departure Pursuant to 5K1.1 [272], filed February 9, 2010, is **GRANTED.**

Dated this 11th day of February, 2010.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE